CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770
E Mail:  c.fry@att.net

Attorney for HUNG QUE TRAN,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  96-CR-00350-WBS |
| Plaintiff, | **STIPULATION AND ORDER TERMINATING  PRETRIAL SUPERVISION** |
| v. | |
| HUNG  QUE TRAN, | |
| Defendant. | |

It is hereby stipulated and agreed by and between the parties hereto,
through their respective counsel, that the release condition of Pretrial Services
supervision imposed on defendant Hung Que Tran on August 28, 1996, by The
Honorable John F. Moulds, United States Magistrate Judge, shall now be
terminated.  Termination of supervision has been recommended by Pretrial
Services in light of Ms. Tran's compliance with supervision for almost 17 years.

Dated:  July 8, 2013                                              _/s/ Candace A. Fry_
_____

CANDACE A. FRY, Attorney for
HUNG QUE TRAN, Defendant

1

2   Dated: September 2, 2013                              BENJAMIN B. WAGNER
                                                         United States Attorney

3                                            By      /s/ Candace A. Fry for
                                                    WILLIAM S. WONG, Assistant
4                                                    United States Attorney

5                                                    (Signed for Mr. Wong with
                                                     his prior authorization)

6

7                                    **O R D E R**

8        IT IS SO ORDERED.

9

10

11       Dated:  October 3, 2013

12                                              _____
                                                CAROLYN K. DELANEY
13                                              UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2