CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  916.446.9322
FAX:  916.446.0770
E mail:  c.fry@att.net

Attorney for HUNG QUE TRAN,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HUNG QUE TRAN,<br><br>　　　　　Defendant. | No. 2:96-CR-350-07 WBS<br><br>**ORDER** |

The Court having read and considered the requests filed herein by defendant Hung Que Tran on July 7, 2015, and good cause having been shown therefor, IT IS HEREBY ORDERED:

1. This Court's previous order of July 6, 2015, directing the Federal Defender's Office obtain new counsel for the defendant is withdrawn; and

2. A judgment and sentencing hearing shall be calendared for July 13, 2015, at 9:30 a.m.

Dated:  July 7, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1