CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  916.446.9322
FAX:  916.446.0770
E mail:  c.fry@att.net

Attorney for HUNG QUE TRAN,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUNG QUE TRAN,<br><br>Defendant. | No. 2:96-CR-350-07 WBS<br><br>**STIPULATION AND ORDER TERMINATING PROBATION** |
|---|---|

On this date, the defendant, Hung Que Tran, paid a $5,000.00 fine and a $50 penalty assessment to the Clerk of this Court.  Accordingly, it is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the term of probation imposed by this Court shall be terminated.


Dated:  July 13, 2015            /s/ Candace A. Fry
                                 CANDACE A. FRY, Attorney for
                                 HUNG QUE TRAN, Defendant


Dated:  July 13, 2015            BENJAMIN B. WAGNER
                                 United States Attorney

                                 By    /s/ Candace A. Fry for
                                 WILLIAM S. WONG, Assistant
                                 United States Attorney

1

Case 2:96-cr-00350-WBS   Document 944   Filed 07/16/15   Page 2 of 2

# **O R D E R**

IT IS SO ORDERED.

Dated: July 15, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE